```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
E.C., individually and on behalf of P.C., a child with a :
disability, :
 :
        Plaintiff, :  20-cv-5052 (LJL)
 :
  -v- :  ORDER
 :
NEW YORK CITY DEPARTMENT OF EDUCATION, :
 :
        Defendant. :
 :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

  The parties have submitted to the Court a stipulation of settlement and order of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 15. Under Local Rule 83.2, "[a]n action by or on behalf of an infant . . . shall not be settled or compromised, or voluntarily discontinued, dismissed or terminated, without leave of the Court embodied in an order, judgment or decree." Local Rule 83.2(a)(1). Accordingly, parties are directed to appear for a telephonic hearing on February 12 at 2:00 p.m. Parties should be prepared to address the standards set forth in Local Rule 83.2. Parties are directed to dial 888-251-2909 and use access code 2123101.

  SO ORDERED.

Dated: February 4, 2021
   New York, New York

                   _____
                    LEWIS J. LIMAN
                    United States District Judge